JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARLENE NICCUM,

Plaintiff,

v.

WESTERN PROGRESSIVE, LLC, *et al.*,

Defendants.

Case No. 2:24-cv-09739-CV (SKx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants Western Progressive, LLC, U.S. Bank, National Association, and PHH Mortgage Corporation (collectively, "Defendants"), and the action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: 8/11/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE